**Exhibit A to the Complaint**

**Location:** Chicago, IL  **IP Address:** 73.247.24.77
**Total Works Infringed:** 78  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 536ABC94E6CDF73726BABE11B761EF2FE1FBCDF2<br>File Hash:<br>1A4AB873A4D067DEDDFA89D43DE68DE095AE8A34C247496C16B2E84F3C6C80EF | 11-13-2022 18:12:05 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 2 | Info Hash: DC51BC65295AEE5DC56843D1E2A3CE91668DE8FE<br>File Hash:<br>9419A554483D17AA047E538B745DAF56BF15D37674E85F9832D3F60F94F81D6B | 11-10-2022 05:01:45 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 3 | Info Hash: 7E32EEA259FEC7C467285172D773CBB48BC43C6B<br>File Hash:<br>289F90643B7440680598489942862696679EC0E9FE7FCDA6FE8EA60096F41A9 | 11-09-2022 22:03:59 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 4 | Info Hash: 9C1CE6FCB8D6698AEC45344B2242F96968711B89<br>File Hash:<br>8196532497D1741E36686422F1AE49C5AEFDEAAC49A1D08F03F6154E8CAE013D | 11-09-2022 19:55:26 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |
| 5 | Info Hash: 10DB9A48CDA2827AD8F6557553EFA35E48B4F104<br>File Hash:<br>0C34F64D0916E09A38FC8454B154E10EB7844B932C5F7386147484490FF53B69 | 11-09-2022 16:52:07 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 6 | Info Hash: DA9FBFFC088AD92001B561EC5A41ECAF118B8875<br>File Hash:<br>D9FBBD612DCE61B63876FAE24CE33FFD3284FE217088B3B900002FBFF455E5D9 | 11-09-2022 16:49:39 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 7 | Info Hash: D6D2B392126D182D1E11AF2DF73EA1753C0C5EE7<br>File Hash:<br>BF8B167C5D3C3CB5CBF77297BEC09D0AFB6411B861159B1A48162BEE0674232C | 11-09-2022 16:49:35 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 8 | Info Hash: A2DC7426BFFB5A0A2C7EB4E3F122765BB0BEE97B<br>File Hash:<br>9BA749591095A86136FAD9B51A1393364490AAE6F6D5043ADC747DA0B6E33F6E | 11-09-2022 16:48:39 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 9 | Info Hash: A7D1ACA9144842177C99F7CDC012CA543814753D<br>File Hash:<br>A71B05389B4510F0A980F7D096FF9CFC45D4E16FB66C36104F8D4B57DE90DADB | 11-09-2022 16:48:36 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 10 | Info Hash: 7F48D03866F3110ED40E4FB36B9AED2BE6348B72<br>File Hash:<br>87406B6D38830293E85709D0EC1A6B9F054059277BFA970CCE38D751A49FCD84 | 11-09-2022 16:48:12 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 11 | Info Hash: 81BFFE6717CCBC71DD0EAA78C2F7260AD1561138<br>File Hash:<br>89D2A8B1E0C33574D55170A12C1AC1BEAAA8DAD27057E862E44E6FD7099822CB | 11-09-2022 16:48:11 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7A4EEA5EAA6DDBEF38E14F36879B5879D598ECAF<br>File Hash:<br>266838758F2855A3E1700AB8B5B46AB39CF56C1050E9F3A270465E613C0ED02B | 11-09-2022 16:47:50 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 13 | Info Hash: 5BA92D25CF47A0162A4A0A27C13DDFE64A3B8C67<br>File Hash:<br>66F36417F3E9080FFD22E54D4F0581E028B85DDC7FC604D22F77E4531C927F5E | 11-09-2022 16:47:41 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 14 | Info Hash: 6A462E44F898D933C8E0B5105D3A49CF3CFA880C<br>File Hash:<br>45DC718689123574D7814152D306B9CB7F23978999ED0746E9323989F9E9C9B4 | 11-09-2022 16:47:38 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 15 | Info Hash: 554DA433BBD1A74722AB96183F051B973587EC4D<br>File Hash:<br>C6887594D6BB4782DF65AF67A0D9227C86FB098054E59E9CD8FF5C2FA12951E1 | 11-09-2022 16:47:37 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 16 | Info Hash: 3E47999F76D4CC3E1A9147879EC5715BEB53BD08<br>File Hash:<br>1A6D9543588F18DDEB59826061D8D36E372B67A8B68366F4035CD308E9604EB3 | 11-09-2022 16:46:47 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 17 | Info Hash: 36FD6749FE3D3133128EF029EBB265F3A1E4FF00<br>File Hash:<br>B5A87122E0781EC7708AE5554185460497AAB213DCB856A35968E05460B15041 | 11-09-2022 16:46:46 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 18 | Info Hash: 3AB4379E04C0DE3E0E2DEC5D57D1E2734620A57F<br>File Hash:<br>BE3492729C0629A0CA3B64EA8DDC9C3921289208476737232A7644831F847EE7 | 11-09-2022 16:46:45 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 19 | Info Hash: 37421282F85B17E30318E8303DE6C569C81A9D7C<br>File Hash:<br>BD36E73379371BF1A57C7E59A128B19A3C9593C11C67A2EB38A104F18DBFBA57 | 11-09-2022 16:46:43 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 20 | Info Hash: 276936219415D29826F0AD8266C3D9835AC46263<br>File Hash:<br>DF6521B38E09F8D987DF73CEF0CC8101B607A6EF1A8A659CBF85C6A40A3607B5 | 11-09-2022 16:46:03 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 21 | Info Hash: 2313B23C86785158E17F3BFC7FA1E7BAF8908A7B<br>File Hash:<br>F6DC2C223735C7095C45156829763939FA9DCB15D19D61F38B1226B9B947FC0B | 11-09-2022 16:46:02 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 22 | Info Hash: 12E9D5A5076916A0D0E2D2E6C76ECEC6C71B477F<br>File Hash:<br>A2129D366B86687DFB8D81B3F6519F5DEDC39BC5C1CEBD842AA4DD68FBD40E31 | 11-09-2022 16:45:53 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 23 | Info Hash: 04F523C4024BC21973F0621FB3ED99813973B16D<br>File Hash:<br>C0DAFE66A8B93C7744C4592E5C13BF7CA4E8F2D4E605B1F11D2AABFECF690AD3 | 11-09-2022 16:45:48 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BDBD923693B83B94EF75C1C67A9A090BB04CC440<br>File Hash: 53D7B94C5693E7FE5534D51955E1AF63DA304AA49A92BFAEDAF0D496F3C8A1B0 | 11-09-2022 06:36:40 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 25 | Info Hash: 53FC7EC290722C6733CAB27F065ED79D309A1AE9<br>File Hash: 584E3F7E0529E19FFA76EF625FDA3D97BB860E44CA4E98FDD795985F200171F6 | 11-07-2022 08:28:43 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 26 | Info Hash: 38E1C4FE77CED07ED8EE5AC43F4A7CDAAE9BFFEF<br>File Hash: 10467AE9BA26B351AD5C348A13F809AE199EE804D187DA2814055947234096A7 | 11-07-2022 08:26:37 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 27 | Info Hash: 5445DD9C92418EE7E926A0407EF2A469CC29E065<br>File Hash: 25CF923E04CBCAD2098F8D8D50D454B3FABB2B508996299092B99B58B78A74DA | 11-07-2022 08:23:02 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 28 | Info Hash: 7D4A7CA1D1D3C53CA13B10A1443E515B9036CB6C<br>File Hash: 76C1663C6E2EB8A19475499777B513D5E8EE3D37B368D27E5D704D753B83D745 | 11-07-2022 08:21:33 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 29 | Info Hash: 74B8BD53BF12A2073D2A04B37C8826F13B140035<br>File Hash: 265667A7A9870996F1562624DE5604DE7F0088FA131250F48F2C710990CB611F | 11-07-2022 08:12:30 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 30 | Info Hash: 03B6BB24DA9C4E80EA798BFC2896AF206AD038C5<br>File Hash: 7677CE41C30DA090BB1E8AA6B71C9C9171E5A8A7E333B829865B315804350A16 | 11-07-2022 08:10:57 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 31 | Info Hash: 8FF68BF286B745BBD7C5A16C3C2FF22F609821A6<br>File Hash: 91E772999E32C2DAC35ED31677B9E82471C4DD0A655A91815690EBDDC2FEE17A | 11-07-2022 08:10:37 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 32 | Info Hash: 72E1A45262D59C0A35175F5F1EA9D658EF135B35<br>File Hash: 560D76365FD31C1E83342D22521944C4E5688A679F82ECA328D48797C1539887 | 11-07-2022 08:08:08 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 33 | Info Hash: 809B162C22ABD37CD07C346DAA103D0C42B20F6E<br>File Hash: 0D4CB5EDAEC9B40F128E11CB047013FC8D3770060726FE0BD6D2723141B74580 | 10-24-2022 07:31:35 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 34 | Info Hash: 3D15BD9270F98EAA548FFE1E21FC6A5F85154284<br>File Hash: E0F8165AF74D268377287D771661A028CEBAB0638E6CAF58535B2C77BF9977BB | 10-18-2022 06:40:03 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 35 | Info Hash: CC16D8069A00533E154BE945252392C5B6D09FE6<br>File Hash: 3AC6ED60709233778F4852EA70622A51EB9F9EC6F75A0BE109859A92F7F984BE | 10-13-2022 03:46:28 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BD6F47936377A54BF93F18AD88372D3D36C3975E<br>File Hash: 41DCDA508BC2B94C561CD2D990D53D744596B6BFD8E3DC91BFEEF6F1EA17A39A | 10-13-2022 03:38:02 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 37 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash: 8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 10-13-2022 03:31:55 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 38 | Info Hash: 3EE5D80B448A730C574C386E6930A9712ADFD32F<br>File Hash: 93875F1E92E75E03DEAFE02068F98DD0008C5C7D06713DF84A6BA77923BD38BB | 10-06-2022 06:41:04 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 39 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash: 0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 10-06-2022 05:35:34 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 40 | Info Hash: B674390272370CF8323F32351DA4856AEBE3380B<br>File Hash: 94A0E7F4D8DC7E70A58FE992E42E7EBCE0AB414227D780F76B56D7FD06E9C0D9 | 10-06-2022 05:34:20 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 41 | Info Hash: D07FCE81EB4557E725B5E70B5695E3824BD3D395<br>File Hash: 077451F1DE9DCB08110698D7517F083F9A8BD1292FC5E209618C634181CACC52 | 10-06-2022 05:31:29 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 42 | Info Hash: 81DAD957AB34C78773FDF2A383F55B6B0D3318A0<br>File Hash: 3D0BBB2A6D594F436D705FE878A2BEBE47523F0A27927C6B797BC4AB1143E6B6 | 10-06-2022 05:29:20 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 43 | Info Hash: CAD5D377E18FCABACC5883C25F37A62C72543AC0<br>File Hash: 4E76038637C5F4B344828547C0EF1C3AA1D90A2FA29BFA5261938FEBA02503EE | 10-06-2022 05:28:06 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 44 | Info Hash: 8A5A466398568BE5972C507767930D7F8F5B37AA<br>File Hash: 056528E87248DB8C9FC9DC64036527838117EFD5149DD075B706CAFA8F8D1FDF | 10-06-2022 05:28:06 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 45 | Info Hash: 05A6931E9044BA7F3C643F698C5CFD742071A83E<br>File Hash: 009B8E5F74858C3059EEBDCF39E519AB6C36919257790A85F128DB6C9CD68B17 | 10-06-2022 05:27:54 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 46 | Info Hash: 58A25091CD7082C8A3F23D06588884E6627754CB<br>File Hash: A1B09A0C5890A45281A3C26F4EA4F23147E86DFE704B592DCAC3FAAFD5F30B64 | 10-06-2022 05:27:46 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 47 | Info Hash: ED99218F6A7C875FEBDC9EC005FA0AB5A72C9A99<br>File Hash: D0E1FB5600B6717E307457FB2A14B12B46EAA9A643062D9AF76A95D57134D893 | 10-06-2022 05:27:36 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: E9645FE775040144DF8957B3093DE2450DF1CEE1<br>File Hash: 8B99A3AC68E8AF718CE04BB3B534AC08098C4581955B4413F4AB61A2BD68673B | 10-06-2022 05:27:30 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 49 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash: 5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 10-06-2022 05:26:38 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 50 | Info Hash: D595EB5BD188A2A9447FF16D585FA7FF252DF980<br>File Hash: 920EA4A449CA035EC66952C02B5BB120EBB6360EED827737253AFD22D632885E | 10-06-2022 04:32:11 | Blacked | 10-02-2018 | 10-16-2018 | PA0002127785 |
| 51 | Info Hash: 62E7E36C9799BA4BACBB7CA72D1D554CD3A5AF92<br>File Hash: 24DA8F696EEE342F2DE458C904301A2B8EA9BE90847ED5BBF74CD6C890599104 | 10-03-2022 07:22:03 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 52 | Info Hash: 7BBC39AE1CD499ED2927D65025308FA6BBCC8CC7<br>File Hash: 6139CD3FAAC442B2017AB8DB03AE429B9661A094B6C8C2AF123BF915DAAEC6FF | 09-13-2022 06:13:33 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 53 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 08-22-2022 08:48:46 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 54 | Info Hash: F89AB7DC42AFCB8F2F0AAF6DDDF10122B0DDE56A<br>File Hash: 890F9CA687FEB515368B4FB710CF69630D72B84F9733C030C96FB51B7A7039AF | 08-22-2022 08:47:59 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 55 | Info Hash: 42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash: 2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 08-22-2022 08:47:02 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 56 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash: 9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 08-22-2022 08:46:09 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 57 | Info Hash: 343469C81E554999AA138B4E8CF3EF6ED54D4389<br>File Hash: 4571AC943DDA6169990985020A86CDD327E998F1CA7DC94CE1742C508289DDF3 | 08-22-2022 08:43:07 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 58 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 08-22-2022 08:42:26 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 59 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash: 47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 08-22-2022 08:41:21 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 08-22-2022 08:39:06 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 61 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash: 28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 08-22-2022 08:38:48 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 62 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 08-22-2022 08:36:44 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 63 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash: 753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 08-22-2022 08:36:29 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 64 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 08-22-2022 08:35:52 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 65 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 08-22-2022 08:34:15 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 66 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash: 0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 08-22-2022 08:33:06 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 67 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash: C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 08-22-2022 08:32:28 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 68 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash: 634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 08-22-2022 08:31:25 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 69 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 08-22-2022 08:28:39 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 70 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 08-22-2022 08:28:33 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 71 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash: 7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 08-17-2022 12:11:32 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 4A6AA024B98322968A5C2E498550EC26C8DE855B<br>File Hash: D704C5D94758377FB1EBCEF0257A6A6CCA01C6DCD311104B7AD940276EFCDEA3 | 08-17-2022 10:25:59 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 73 | Info Hash: 9624F0C576A9C826EBB189E24184D2EB6A790205<br>File Hash: 2AE74502395EDB1857F9247AAF76EB827E628569A5E0EB7D0F18C5154509B8EF | 07-25-2022 09:34:45 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 74 | Info Hash: C3016B5738BA7A00BEEEEC4D19773A23ABEF1F4D<br>File Hash: C514DCAC5CF7B4BDCE2DED02FC6C96B0D9B90444F60B7EB1A1EDCB8FB2AC34BB | 07-17-2022 08:53:03 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 75 | Info Hash: F9CC506800E5E737EE689B3860ABDE7407D3A48A<br>File Hash: F33EB3DF1FECB76B2051E4B09017F6AA74865A26D65E305568E764F8072FA454 | 07-15-2022 06:56:29 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 76 | Info Hash: DDF350312A2BD423AF62147F3BF6ADAED1492CC4<br>File Hash: 81DF4D8A07F0EFCB6F4C11869DD86F8CC7AE49E1D24E4B61843A53683C366378 | 07-12-2022 06:21:15 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 77 | Info Hash: 1DBCF8D2F535B0F1D3C3A6A6180B09F4364BCF1A<br>File Hash: 34D44A4521F3167D8C9003DF0C17C20F8BD8995FE1422B46112BAD35C06EB660 | 06-29-2022 09:50:17 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 78 | Info Hash: F9827E88E2C8E6F9161E337D751EC646A7C7F1B4<br>File Hash: BCD7702DC88A5350A35E6CA4BD3D4EB66206404244D188AA0B67BEEAF19199C0 | 06-23-2022 09:31:35 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |