UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Strike 3 Holdings, LLC

                Plaintiff,

v.                                            Case No.: 1:22–cv–07259
                                            Honorable John Robert Blakey

John Doe, subscriber assigned IP address 73.247.24.77

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 20, 2023:

      MINUTE entry before the Honorable John Robert Blakey: This case has been assigned to the calendar of the Honorable John Robert Blakey. The litigants are ordered to review and fully comply with all of this Court's standing orders, which are available on Judge Blakey's information page on the Court's official website: http://www.ilnd.uscourts.gov/. The Court grants Plaintiff's motion for leave to serve a third party subpoena prior to Rule 26(f) conference [7]. Such early discovery is generally allowed only under limited circumstances. See, e.g., Fed. R. Civ. P. 26(d); Dallas Buyers Club, LLC v. Does 1–28, No. 14 C 4927, 2014 WL 3642163, at *2 (N.D. Ill. July 22, 2014). Here, the Court finds that good cause exists to allow plaintiff to obtain discovery prior to the conference. Plaintiff may cause a subpoena to be issued to Comcast Cable, the ISP that provided internet service to the defendant identified by the referenced IP address, to obtain information regarding that defendant's name and address. This order is without prejudice to the defendant or Comcast moving to quash the subpoena on any available ground. The parties (or Plaintiff individually if Defendant is not at issue) shall file a status report by 3/10/23, using the model template set forth in this Court's standing order regarding Initial (or Reassignment) Status Conferences. During the litigation, the attorneys must appear at all hearing dates set by the Court or noticed by the parties. If an attorney has a conflict with a set court date, the attorney must notify Judge Blakey's Courtroom Deputy, Gloria Lewis, at Gloria_Lewis@ilnd.uscourts.gov. If appropriate, the Court will then reset the matter. Advising opposing counsel of a scheduling conflict is not a substitute for communicating directly with the Court. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.